AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| PAUL JONES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-11116-JCB |
| BEST PIZZA, INC. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arti Kane.

Date:  06/12/2023

/s/ Arti Kane
*Attorney's signature*

Arti Kane N.Y 4032736
*Printed name and bar number*

ARTI KANE, ESQ.
442 5th Avenue #2257
New York, NY 10018
*Address*

artikaneesq101@gmail.com
*E-mail address*

(917) 619-8900
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  June 12, 2023                              */s/ David Pastor*
                                                   David Pastor