AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| PAUL JONES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-11116-JCB |
| BEST PIZZA, INC. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arti Kane.

Date:  06/12/2023

/s/ Arti Kane
*Attorney's signature*

Arti Kane N.Y 4032736
*Printed name and bar number*

ARTI KANE, ESQ.
442 5th Avenue #2257
New York, NY 10018
*Address*

artikaneesq101@gmail.com
*E-mail address*

(917) 619-8900
*Telephone number*

*FAX number*